# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON MORFIN,<br><br>    Petitioner,<br><br>v.<br><br>C. GIPSON, Warden,<br><br>    Respondent. | Case No. CV 11-9876 GHK (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED:   2/18/13

_____
HON. GEORGE H. KING
CHIEF UNITED STATES DISTRICT JUDGE